UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TAGGER

Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

THE STRAUSS GROUP ISRAEL.
MR MICHAEL AVNER
HUNTON ANDREWS KURTH ELP
JOSEPH SALTARELLI - SILVIA OSTROVER

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

RECEIVED
AUG 02 2023
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

USING THE EXPRESSION OF A JUSTICE, THE DICISIONS, LACK OF ACCURACY AND DISREGARDING THE FACTS AND LAW LEAVES A HEAVY STENCH

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

U.S TREATY WITH ISRAEL, AS PER THE CONSTITUTION THE SUPREME LAW OF THE LAND) PERJURY - FRAUD - WIRE FRAUD, CONSPIRACY TO OBSTRUCT JUSTICE - OBSTRUCTION OF JUSTICE - CONSPIRACY TO OBSTRUCT THE OFFICIAL PROCEEDINGS - CONSPIRACY TO OBSTRUCT LEGAL RIGHTS.

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                   (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _THE SERAISS GROUP_, is incorporated under the laws of the State of _ISRAEL_

and has its principal place of business in the State of _ISRAEL_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _ISRAEL_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Benjamin_ . _____ _Tagger_.
First Name        Middle Initial    Last Name

_20 CHURCH STREET_
Street Address

_GREENWICH_           _CONNECTICUT_    _06830_
County, City          State            Zip Code

_917-767-7340_                _BENJAMINTAGGER@GMAIL.COM_
Telephone Number             Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   THE                         STRAUSS  GROUP
               First Name                  Last Name

               MULTI NATIONAL CORPORATION WITH LAWYER AND SUBSIDIARY
               Current Job Title (or other identifying information)

               52nd FLOOR - IN NEW YORK STATE. 200 PARK AVE MR JOE SALTARELLI THER LAWYER.
               Current Work Address (or other address where defendant may be served)

               NEW YORK                    NY                  10166.
               County, City                State               Zip Code

Defendant 2:   JOESEPH                     SALTARELLI
               First Name                  Last Name

               COUNSEL AT HUNTON ANDREWS KURTH LLP
               Current Job Title (or other identifying information)

               200 PARK AVE 52nd FLOOR
               Current Work Address (or other address where defendant may be served)

               NEW YORK                    NY                  10166
               County, City                State               Zip Code

Defendant 3:   MICHAEL                     AVNER ,
               First Name                  Last Name

               EVP AND CHIEF LEGAL OFFICER.
               Current Job Title (or other identifying information)

               SABRA DIPPING COMPANY 777 WESTCHESTER AVE FL 3
               Current Work Address (or other address where defendant may be served)

               WHITE PLAINS                NY                  10604
               County, City                State               Zip Code

Defendant 4: **HUNTON ANDREWS KURTH**
First Name / Last Name

**Law Firm**
Current Job Title (or other identifying information)

**200 Park Ave 52nd Floor,**
Current Work Address (or other address where defendant may be served)

**New York** / **NY** / **10166**
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **New York EDNY Court Aug 02 - Aug 31**

Date(s) of occurrence: **Aug 02 - Aug 31 2018**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The firms, both have corporate liability. Huntons letter of Aug 02 includes perjury, conspiracy together with Mr Avner Affidavit of Aug 31 confirm the conspiracy (see list of violation). By obstructing justice and official proceeding I was deprived of my right for compensation for false detention for 32 day pain and suffering, with the emotional trauma directly related to my lung cancer, and AFIB. My I remind the court I was 68 y/o when it was done, officially an elderly & will be 78 in Oct 16 2023. I spent 4 months in hospitals between March and July 2023.

All their violations were intentional and malicious.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEE PAGE 5

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

BASED ON PRECEDENT AND SCOTUS RULINGS THE EXPOSURE OF THE DEFENDANTS IS AS FOLLOWS:

1) HOURLY POTENTIAL - 20,000 DOLLARS PER HOUR

2) CONSIDERING THE ATTACK ON AN ELDERLY THE JURY WILL DECIDE

3) SCOTUS RULING LIMIT PUNITIVE DAMAGES TO NINE TIMES THE COMPENSATORY DAMAGES

4) BY THE JUDICIARY LAW THE LAWYERS (LAW FIRM) ARE LIABLE UP TO 3 TIMES THE COMPENSATORY DAMAGES.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: AVG 02

Plaintiff's Signature

First Name: BENJAMIN
Last Name: TOGGER

Street Address: 2. CHURCH ST.

County, City: GREENWICH
State: CT
Zip Code: 06830

Telephone Number: 917-767-7311
Email Address: BenjaminTogger@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.