

United States Attorney's Office
*Southern District of New York*
*Civilian Crime Reports Unit*
*Criminal Division*

## Civilian Crime Report

The U.S. Attorney's Office represents the Government in legal proceedings and works closely with investigative agencies including the FBI. The Criminal Division of the United States Attorney's Office is responsible for enforcing the federal criminal laws within the Southern District of New York, which encompasses the boroughs of Manhattan and the Bronx, as well as Dutchess, Orange, Putnam, Rockland, Sullivan, and Westchester Counties.

**WE CANNOT CONSIDER INFORMATION SUBMITTED BY E-MAIL OR LEFT ON VOICEMAIL**

| Person Completing This Report: | Person/Entity Being Reported: |
|---|---|
| Benjamin Tagger | Michael Avner/The Strauss Group |
| Your Name | Name of Person Being Reported |
| 20 Church St | Hunton Andrews Kurth LLP |
| Address | Address |
| Apt B 34 | 200 Park Ave    52ndFloor |
| Address (Line 2) | Address (Line 2) |
| Greenwich CT    06830 | New York, NY    10166 |
| City, State    Zip | City, State    Zip |
| USA    (917)767-7341 | USA    (212)309-1048 |
| County    Phone | County    Phone |

Although the volume of information we receive from concerned members of the public prevents us from responding individually to every Report, be assured that we will carefully consider the information you have provided us to determine whether there is a matter for this Office to investigate. Should we determine that your Report raises a matter within the jurisdiction of this Office to investigate and that further information from you is necessary for our investigation, you will be contacted. This Office does not resolve individual consumer complaints.

**NOTE FOR INTERNATIONAL SUBMISSIONS**

We review for any appropriate action all submissions we receive. However, to avoid interference with the sovereignty of foreign nations, we do not respond to or acknowledge submissions from mailing addresses outside of the United States.

**Does this Report Pertain to an Ongoing Case?**    ☐ Yes   ☐ No   ☑ Not Sure

If Yes, Please Provide the Following Case Information:

Case Title and Docket Number (if known): EDNY, 18-2923; Second Circuit 18-3189; SCOTUS 20-684

Please clearly describe the violation of federal criminal laws that you would like to bring to our attention. Include as much information as possible; including the dates, places and nature of incident, and contact information for any witnesses (do not send original documents):

Hunton Andrews Kurth LLP commited perjury to the district court and circuit court cases cited above.

Fraud, wire fraud, conspriracy, obstruction of justice; obstruction of official proceedings.

Unlawful detention/unlawful restraint.

Are You a Victim of this Alleged Crime?  Are You Aware of Any Other Victim(s)?

✓ _Yes ___No ___Not Sure    ___Yes ___No ✓_Not Sure

If Yes, Please List Other Victim(s): _____

Are You Represented by an Attorney in this Matter?   ___Yes  ✓_No

If Yes, Please Provide Attorney Contact Info:

Name: _____   Phone: _____

Address:_____

Have You Filed a Lawsuit Concerning this Matter?  ✓_Yes  ___No

If Yes, Please Provide the Following Case Information:

Case Title and Docket Number: EDNY, 18-2923; Second Circuit 18-3189; SCOTUS 20-684

Name and Address of Court: Eastern District of New York; Second Circuit of Appeals, SCOTUS

Status of Court Case (pending, dismissed, settled):_____

Have You Previously Filed a Report about this Matter with this Office or Any Other Federal, State or Local Agency(s)?
✓_Yes  ___No    If Yes, Date Filed: 2016

Contact Person: NA      Agency: NA

Status of Previous Report: NA

By submitting this form you certify that all of the statements made in this report (including continuation pages and addendum) are true, complete, and correct, to the best of your knowledge. You understand that a false statement of a material fact is a criminal offense (18 U.S.C. Section 1001).

Signature: _____   Date: _____

**IMPORTANT NOTE REGARDING THE PRESERVATION OF YOUR LEGAL RIGHTS:**
Submitting a Report to this Office has no effect on any statute of limitation that might apply to any claim you may have. By submitting a Report to this Office, you have not commenced a lawsuit or other legal proceeding, and this Office has not initiated an investigation or lawsuit regarding the subject of your Report. If you seek to sue for money or other relief, you should contact a private attorney to represent you in court.

Mail this completed report to:   United States Attorney's Office
Southern District of New York
Attn: Civilian Crime Reports Unit (Criminal Division)
One St. Andrew's Plaza
New York, NY 10007



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

The U.S. Attorney's Office represents the Government (not private citizens) in legal proceedings and works closely with investigative agencies, including the FBI. The Criminal Division of the United States Attorney's Office is charged with enforcing the federal criminal laws within the Southern District of New York, which encompasses the boroughs of Manhattan and the Bronx, as well as Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester counties. As such, the information requested in the attached Civilian Crime Report assists this Office's review of unsolicited civilian tips about possible criminal activity in our jurisdiction.

Please be advised that no action will be taken on this matter until the completed form is returned, and if the completed form is not returned by 3/24/23 your report will be closed, and any information previously received from you will be shredded.

If we determine that a Civilian Crime Report we receive raises a criminal matter within the jurisdiction of this Office that should be investigated further and that additional information from you is necessary for our investigation, a law enforcement agent would contact you. Other than in exceptional situations, we neither confirm nor deny the existence of a criminal investigation unless and until charges are publicly filed. Even as to persons who may have reported a possible crime to our Office (and/or believe themselves to be a victim of an uncharged crime), we do not provide updates regarding any action that may have been taken on their report unless there is an investigative or other ˢ ͓fic reason to communicate with them. Nevertheless, please be assured that this Office takes all allegations of c..._.inal conduct very seriously and carefully reviews all completed forms and any investigative evidence presented to support such allegations in determining whether further investigation by this Office is appropriate. <u>This Office does not resolve individual consumer (or prisoner) complaints</u>.

### IMPORTANT NOTE REGARDING
### THE PRESERVATION OF YOUR LEGAL RIGHTS:

Submitting an unsolicited Civilian Crime Report to this Office has no effect on any statute of limitation that might apply to any claim you may have. By submitting a Civilian Crime Report to this Office you have not commenced a lawsuit or other legal proceeding, and this Office has not initiated an investigation or lawsuit regarding the subject of your report. Additionally, submitting a Civilian Crime Report to this Office is not part of any administrative remedy process (within the prison or otherwise), or a substitute for filing a police report with your local police department. Finally, if you seek to sue for money or other relief, you should contact a private attorney to represent you in court.

Understanding the foregoing, if you would like this Office to consider your information (or review the previously submitted information), please complete the attached report and mail it via regular Postal mail by 3/24/23. Sorry, but we do **not** accept such communications by telephone or e-mail.

United States Attorney's Office
Southern District of New York
**Attn**: Civilian Crime Reports Unit
One St. Andrew's Plaza
New York, NY 10007

Find a PDF fillable (or anonymous) version at www.justice.gov/usao/nys/reportacrime.html

REVISED 02/10/2020

---------- Forwarded message ---------
From: **Benjamin Tagger** <benjamintagger@gmail.com>
Date: Thu, Jul 21, 2022 at 1:06 PM
Subject: Re: Yours of July 11,dockets 2022-0654,2022-0561,2022-0560.
To: AD1-AGC <AD1-AGC@nycourts.gov>


I am more than willing to proceed along the line you suggested.
However, I need to know how your initial decision was reached so to either agree with it or continue fighting.
Was there a response from the lawyers in Hunton? If so what was it. Did it influence the decision?, how come I was not informed?
Justice must be seen. I need clarity.
I will follow procedures I expect the same.
Benjamin Tagger

On Thu, Jul 21, 2022 at 12:32 PM AD1-AGC <AD1-AGC@nycourts.gov> wrote:

> Dear Mr. Tagger:
>
>
> If you disagree with the Committee's decisions, submitting a formal request for reconsideration, as described in our letters to you, would be your best option.
>
>
> Thank you and be well.
>
>
> Regards,
>
>
> Attorney Grievance Committee
>
> Supreme Court, Appellate Division
>
> First Judicial Department
>
> 180 Maiden Lane, 17th Floor
>
> New York, New York 10038
>
> (212) 401-0800
>
> AD1-AGC@nycourts.gov
>
>
>
> PLEASE NOTE: Pursuant to Judiciary Law Section 90(10), the information contained in this e-mail is PRIVATE AND CONFIDENTIAL and is intended only for the use of the addressee(s) above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, or if any problems occur with this e-mail, please notify us immediately by telephone at (212) 401-0800. Thank you.

 Gmail

Danielle Tagger <danielletagger@gmail.com>

## wd: Reconsideration request dockets 2022-0654,2022-0561,2022-0560

**Benjamin Tagger** <benjamintagger@gmail.com>  Wed, Oct 5, 2022 at 11:58 PM
To: Danielle Tagger-Epstein <danielletagger@gmail.com>

Please print. Thanks

---------- Forwarded message ---------
From: **Benjamin Tagger** <benjamintagger@gmail.com>
Date: Fri, Aug 5, 2022 at 10:34 AM
Subject: Fwd: Reconsideration request dockets 2022-0654,2022-0561,2022-0560
To: AD1-AGC <AD1-AGC@nycourts.gov>


---------- Forwarded message ---------
From: **Benjamin Tagger** <benjamintagger@gmail.com>
Date: Fri, Aug 5, 2022 at 10:20 AM
Subject: Reconsideration request dockets 2022-0654,2022-0561,2022-0560
To: <adi-agc@nycourts.gov>


To:committee chair.
Reconsideration request.

Dear Mme chair.

I am in receipt of a letter from the attorney
grievance committee dated July 11 signed by the chief attorney Mr. Jorge Dopico.
The letter states that there is an insufficient basis on which to conclude that Hunton and Williams LLP violated the rules of professional conduct in its representation of the Strauss group Ltd in a federal civil matter.
In my complaint I referred to two violations:
1.the passage in their letter to judge Cogan dated aug. 2 2018 where Hunton initiated the perjury that was followed by Strauss in their affidavit dated aug 30 2018,Hunton also declared that my detention in Israel was according to Israeli law.Hunton had in its possession the ruling of an Israeli court dated aug 6 2013 that's states that the Israeli law prohibits detaining foreign residents on their way home.
The letter of aug 2 2018 , also provide the motive for their activities namely, avoiding a trial based on merit.
The following violations maybe attributed to the above perjury:
Fraud on the court,wire fraud, fraud, conspiracy, obstruction of justice, obstruction of official proceedings.and probably more.the total possible jail time over 50 years,
To write , with these violations a real possibility , that no investigation or action is warranted, is a passage befitting last week tonight with John Oliver.
I don't know how your office came up with that conclusion. Let me remind you that these violation are crimes wether or not they have succeeded, they have.
And if it is an attempt to use the federal attorney as a second forum some of these violations are both civil and criminal.the Us attorney only deals with criminal  Violations.
I stand ready to testify, under oath, hopefully confronting the other lawyers.
I am sending by separate email  copies of two emails sent to the committee on3/25 and 3/30.
They may claim they never got it.
Respectfully,
Benjamin Tagger