# Staples

## Customer Receipt

**LRJ687601**

**SHIPPED THROUGH**
Staples #0004
515 Boston Post Road
Portchester, NY 10573
(914) 937-8193

Ship Date: **8/2/2023**
Expected Delivery Date: **8/4/2023 10:30 AM**
Carrier & Service: **UPS 2nd Day Air A.M.**

### Ship from

Benjamin Taggert
20 Church St
Greenwich, CT 06830, US
Residential
Telephone: +1 (917) 767-7341

### Ship to

Joseph Saltarelli
Hunton Andrews Kurth LLP
200 Park Ave
52nd Floor
New York, NY 10166, US
Commercial

### Shipment Summary

| | |
|---|---|
| Packages in shipment: | 1 |
| Shipment ID: | LRJ687601 |
| POS Number: | 6867100735 |
| Weight(Actual): | 0 lb 5.4 oz |

### Shipment Charges

| | |
|---|---|
| Package(s) Charges: | $26.06 |
| Shipment Total: | $26.06 |

### Package 1

| | |
|---|---|
| Tracking Number | 1Z5AR0960724639131 |
| Packed: | By Customer |
| Package type: | UPS Express Envelopes, Legal |
| Dimensions: | L 15 in W 9 in |
| Weight(Actual): | 0 lb 5.4 oz |
| Content Details: | Documents |

### Package 1 Charges

| | |
|---|---|
| UPS 2nd Day Air A.M.: | $26.06 |
| Package 1 SubTotal: | $26.06 |

**Track Your Shipment**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

**Suspension of Service Guarantee**
Effective March 26, 2020 and until further notice, UPS has suspended the UPS Service Guarantee (also referred to as the UPS Money Back Guarantee) for all shipments from any origin to any destination.

**Damaged, Lost or Late Claims**

**In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.**
**Hours of operation: Monday-Friday: 9 A.M.- 8 P.M. EST.**

All UPS claims must be called into the Staples Ship Center Claims department within the specified time per UPS policy.

Late claims must be reported after the delivery has occurred and within 15 days of the delivery date. Lost claims must be reported within 60 days of the expected delivery date and require Proof of Value for affected merchandise. Damage claims must be reported within 60 days of the delivery date. All packaging materials as well as the Proof of Value for affected merchandise will be required for damage claims.

Claims take two to six weeks for review and payment (if approved).

By signing the merchant receipt, I understand/agree that:

1. **I am subject to all Staples and UPS Terms and Conditions.** See www.ups.com for further details.
2. Staples reserves the right to open and inspect any package to be shipped.
3. Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4. **Staples will not ship any hazardous materials or other restricted items and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents.**
5. Parcel Insurance.
   a. I may elect to pay an additional, optional fee (as specified on this receipt) for Staples' parcel insurance which is offered as part of Staples' UPS Ship Center services. Such fees do not include any markup by, or commission payment to, Staples. This insurance does not provide any insurance to you - - you are neither an insured nor an additional insured under Staples' parcel insurance.
   b. Any claims for disputes related to parcel insurance must be pursued in arbitration not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action. Complete terms and conditions regarding individual binding arbitration are available at www.ups.com.
   c. Staples' liability on any claim for loss or damage of a package with parcel insurance shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed UPS's maximum liability for loss or damage under it's Tariff/Terms and Conditions of Service available for review on www.ups.com.
6. **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party.
7. I have reviewed the shipment address for accuracy.

By signing the merchant receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents.